ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 FEB -7 PM 2:05

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ANTONIO MOSES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 313-089 |
| ) | |
| WILLIAM DANFORTH, Warden, Telfair ) | |
| State Prison, ) | |
| ) | |
| Defendant. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed IFP is **DENIED** (doc. no. 2), and this action is **DISMISSED** without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit by filing a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) (*per curiam*).

SO ORDERED this 7th day of February, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE